### EUERELL v. SUND'LAND

James Euerell assigne of John Blackledge Junio$^r$ plantiff against John Sunderland Junio$^r$ Defend$^t$ in an Action of Debt of tenn pounds due by bill and due damages according to Attachm$^t$ Dat the 29th of 10 m° 1671 . . . the Jurie . . . found for the plantiff tenn pounds one third money & two thirds porke at three pound a barrell, & Costs of Court which was seauenteene shillings & two pence.

### JOY v. GIBBS

Thomas Joy pl$^t$ against Robert Gibbs defend$^t$ according to Attachm$^t$ Dated the 23th of January 1671. the pl$^t$ withdrew his Action.

### JOY v. WOODMANCY

Thomas Joy pl$^t$ against John Woodmancy Defend$^t$ according to Attachm$^t$ Dated the 23th of January 1671 the pl$^t$: withdrew his Acion.

### JOY v. WOODMANCY

Thomas Joy pl$^t$ against John Woodmancy Defend$^t$ according to Attachm$^t$ Dated the 23th of January 1671 the pl$^t$: withdrew y$^e$ Acion.

[ See above, p. 45 and below, p. 101.]

### FREAKE v. HUDSON

John Freake plantiff against Cap$^t$: William Hudson Defend$^t$ according to Attachm$^t$ Dated the 11th of 10 m° 1671. The pl$^t$ not appearing was nonsuited.

### MARSHALL v. Pinke Lenham

Robert Marshall M$^r$ of y$^e$ Pinke Lenham plantiff against the Pinke Lenham beeing the Estate of George Norton Henery Greeneland & Walter Barefoot Defend$^{ts}$ in an Action of the case for wages due vnto him as the master of her or comander in cheife & other disburstments vpon her to the vallue of or about one hundred & sixty pounds or what shall appeare justly due vpon accoumpt with due Damages according to Attachm$^t$ Dated the 29th of 9$^{br}$ 1671 . . . y$^e$ Jurie . . . found for the pl$^t$ two hundred & seauenty pounds eleuen shillings & Eleuen pence in money & Costs of Court thirty eight shillings & six pence.

Execucion issued for 272$^{li}$:10:5 in mony 12 12$^{mo}$ 1671